UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A.G., on behalf of herself and all others
similarly situated,

                                    Plaintiff,

              -against-

OUTLIERS, INC. d/b/a THESIS
NOOTROPICS,

                                    Defendant.

Case No. 1:25-cv-10790 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff filed the Complaint in this case on December 31, 2025, under the pseudonym "A.G." Dkt. 1. That same day, Plaintiff sought the issuance of a summons from the Clerk of Court for Defendant. Dkts. 2. However, Plaintiff has not moved the Court to proceed under a pseudonym. Federal Rule of Civil Procedure ("Rule") 10(a) provides that a complaint "must name all the parties." Fed. R. Civ. P. 10(a). If a party wishes to proceed under a fictitious name, she must request the right to do so. *See Doe v. Combs*, No. 24-cv-07977 (VSB), 2025 WL 1380800, at *2 (S.D.N.Y. May 13, 2025).

Accordingly, Plaintiff must seek leave of Court before proceeding under a pseudonym, and no summons will issue as to Defendant until Plaintiff has done so. *See, e.g.*, *Doe v. Deloitte LLP Group Ins. Plan*, No. 23-cv-04743 (JPC), 2023 WL 3993758, at *1 (S.D.N.Y. June 13, 2023) ("[T]he Court issued an order stating that a summons would not issue until Plaintiff sought leave of Court to proceed under a pseudonym."). Plaintiff may, in the alternative, refile the

complaint in her name.  Notwithstanding the chosen remedy, Plaintiff shall correct her pleading

deficiency by **January 23, 2026**.

Dated:  January 2, 2026
        New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

2