# YAGMAN | PLLC

*Advocacy in Motion.*

New York | Washington, D.C.

**Request GRANTED. The schedule in this case is revised as follows:**

- Defendant's deadline to respond to the Complaint is extended to **April 30, 2026**.
- Plaintiff's deadline to oppose any dispositive motion is extended to **June 11, 2026**.
- Defendant's deadline to reply is extended to **July 10, 2026**.
- The parties' Initial Pretrial Conference is adjourned from April 2, 2026 to **August 14, 2026, at 10:00 a.m.** Pursuant to the Court's Individual Rule 2.D, the parties shall file a proposed Civil Case Management Plan and Scheduling Order and a joint letter at least ten days before the revised conference date. **SO ORDERED.**

March 17, 2026

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
Courtroom: 20B
New York, New York 10007

Dated: March 18, 2026
New York, New York

*[signature]*
**JENNIFER L. ROCHON**
**United States District Judge**

Re: *Gonzalez v. Outliers, Inc.*, Case No. 1:25-cv-10790-JLR (S.D.N.Y 2025)

Dear Judge Rochon,

On behalf of our clients, we write jointly to set a briefing schedule for Defendant's dispositive motion(s) as well as to request to adjourn the previously scheduled initial pretrial conference.

***Briefing Schedule***. By way of brief background, on December 31, 2025 (ECF No. 1), Plaintiff filed her initial complaint. On January 31, 2026, Plaintiff filed the executed Fed. R. Civ. P. waiver of service (ECF No. 10) which set Defendant's answer/dispositive motion(s) for March 31, 2026. There have been no previous requests for extensions, and the parties now respectfully request the following briefing schedule: (i) Defendant's dispositive brief(s), April 30, 2026; (iii) Plaintiffs' response to Defendant's dispositive brief(s), June 11, 2026; and (iv) Defendant's reply to Plaintiffs' response to Defendant's dispositive brief(s), July 10, 2026.[1]

Pursuant to this Court's Individual Rules of Practice in Civil Cases, including Rule (1)(F), we respectfully request that the Court approve the above-listed proposed deadlines.

***Initial Pretrial Conference***. Your Honor scheduled an initial pretrial conference for April 2, 2026 (ECF No. 6) and the parties wish to adjourn said conference until after the close of the above-listed proposed briefing schedule. Consistent with this Court's Individual Rules of Practice in Civil Cases Rule (1)(F), the parties propose the following three dates:

- July 24, 2026
- July 31, 2026
- August 14, 2026

---

[1] Plaintiff Gonzalez has not amended her initial complaint and reserves the right to do so under Fed. R. Civ. P. 15.

# Y A G M A N │ P L L C

Advocacy in Motion.                                           New York │ Washington, D.C.

The parties have made no previous requests to adjourn the initial pretrial conference.

Respectfully submitted,

*/s/ Blake Hunter Yagman*
Blake Hunter Yagman

cc:    Counsel of Record (*via* ECF)