LEHOTSKY KELLER COHN LLP

7500 Rialto Blvd.

Suite 1-250

Austin, TX 78735

William T. Thompson

will@lkcfirm.com

May 13, 2026

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
Courtroom: 20B
New York, New York 10007

Request GRANTED.  The parties' briefing schedule is extended as follows:
- Defendant's motion to dismiss is due by **June 29, 2026**;
- Plaintiff's opposition is due by **August 13, 2026**; and
- Defendant's reply is due by **September 14, 2026**.

The parties' Initial Pretrial Conference is accordingly adjourned from August 14, 2026 to **November 6, 2026, at 10:00 a.m.**  The parties are reminded that pursuant to the Court's Individual Rule 2.D, they are required to file a proposed Civil Case Management Plan and Scheduling Order and a joint letter at least ten days before the conference date.

**SO ORDERED.**

Dated: May 14, 2026
New York, New York

**JENNIFER L. ROCHON**
**United States District Judge**

Re:    *Gonzalez v. Outliers, Inc.*, Case No. 1:25-cv-10790-JLR (S.D.N.Y. 2025)

Dear Judge Rochon,

On behalf of our clients, we write jointly to set a briefing schedule for Defendant's forthcoming motion to dismiss Plaintiff's amended complaint as well as to request to adjourn the previously scheduled initial pretrial conference.

*Briefing Schedule*. The parties previously proposed, and the Court approved, a briefing schedule for Defendant's motion to dismiss. *See* ECF No. 15. Defendant timely moved to dismiss Plaintiff's operative complaint on April 30, 2026. *See* ECF No. 16. Plaintiff has informed Defendant that, instead of filing a response, she will amend her complaint to add both additional plaintiffs and additional allegations. As a result, the previously negotiated briefing schedule will no longer apply. Because Plaintiff intends to file her amended complaint on May 15, 2026, in the absence of an alternative briefing schedule, Defendant's motion to dismiss would be due May 29, 2026. *See* Fed. R. Civ. P. 15(a)(3). Pursuant to this Court's Individual Rules of Practice in Civil Cases, including Rule (1)(F), the parties now respectfully request the Court approve the following briefing schedule: (i) Defendant's motion to dismiss: June 29, 2026; (ii) Plaintiff's response to Defendant's motion to dismiss: August 13, 2026; and (iii) Defendant's reply in support of its motion to dismiss: September 14, 2026.

***Initial Pretrial Conference***. The parties previously proposed, and the Court approved, adjourning the Initial Pretrial Conference until August 14, 2026, after motion-to-dismiss briefing would have been complete under the previously negotiated briefing schedule. *See* ECF No. 15. In light of Plaintiff's intent to amend her complaint and the briefing schedule proposed above, the Initial Pretrial Conference is scheduled to occur before such briefing would be complete. The parties respectfully request to adjourn the pretrial conference until after motion-to-dismiss briefing is complete. Consistent with this Court's Individual Rules of Practice in Civil Cases Rule (1)(F), the parties propose the following three dates:

- October 2, 2026
- October 9, 2026
- November 6, 2026

Respectfully submitted,

*/s/ William T. Thompson*
William T. Thompson

cc:    Counsel of Record (*via* ECF)