LEHOTSKY KELLER COHN LLP

7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
William T. Thompson
will@lkcfirm.com

June 23, 2026

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
Courtroom: 20B
New York, New York 10007

Request GRANTED in part.  This action shall be STAYED through **August 28, 2026**.  If the parties come to a resolution on or before that date, they shall notify the Court by joint letter. Otherwise, the parties are ORDERED to submit a proposed briefing schedule and IPTC dates by **August 29, 2026** — the date on which the stay will be lifted.

**SO ORDERED.**

Dated: June 24, 2026
New York, New York

**JENNIFER L. ROCHON**
**United States District Judge**

Re:    *Gonzalez v. Outliers, Inc.*, Case No. 1:25-cv-10790-JLR (S.D.N.Y. 2025)

Dear Judge Rochon,

On behalf of our clients, we write jointly to ask that the Court stay the deadlines in this case pending discussions between the parties about resolving it. Staying this matter would conserve both party and judicial resources by preventing potentially unnecessary motions practice. The parties believe that a stay is superior to an extension because the stay would be flexible, allowing either party to notify the Court if and when a stay is no longer required. It would also allow the parties to jointly propose a new briefing schedule tailored to the potential end of any stay. If the Court does not grant a stay, the parties alternatively request a sixty-day extension of the current deadlines.

*Briefing Schedule*. The parties previously proposed, and the Court approved, a briefing schedule for Defendant's motion to dismiss. *See* ECF No. 15. Defendant timely moved to dismiss the revised complaint on April 30, 2026. *See* ECF No. 16. On May 13, 2026, a First Amended Complaint, which replaced the original plaintiff with four new plaintiffs, was filed. *See* ECF No. 20. The Court approved a new briefing schedule under which Defendant's motion to dismiss would be due June 29, 2027. *See* ECF No. 21. The parties primarily request that the Defendant's deadline for responding to the First Amended Complaint be stayed but alternatively propose the following sixty-day extensions:

- Defendant's motion to dismiss: August 28, 2026
- Plaintiffs' opposition: October 12, 2026
- Defendant's reply: November 13, 2026[1]

*Initial Pretrial Conference.* The parties previously proposed, and the Court approved, adjourning the Initial Pretrial Conference until August 14, 2026, after motion-to-dismiss briefing would have been complete under the previously negotiated briefing schedule. *See* ECF No. 15. In light of the First Amended Complaint and the associated briefing schedule, the Court subsequently adjourned the Initial Pretrial Conference until November 6, 2026. *See* ECF No. 21. Again, the parties primarily request a stay but alternatively propose the following three dates pursuant to this Court's Individual Rules of Practice in Civil Cases Rule (1)(F):

- November 30, 2026
- December 1, 2026
- December 3, 2026

Respectfully submitted,

*/s/ William T. Thompson*
William T. Thompson

cc:    Counsel of Record (*via* ECF)

---

[1] This alternative request for an extension to file a motion to dismiss is without prejudice to Defendant's ability to file a motion to compel arbitration of claims brought by the plaintiffs added by the First Amended Complaint.