UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLEY MCMAHON, CATHERINE JANIK, ELLIOTT LAMMER, ANDREW DAFNOS, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

OUTLIERS, INC. d/b/a THESIS NOOTROPICS,

Defendant.

Case No. 1:25-cv-10790 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On June 24, 2026, the Court granted the parties' request to stay this action to allow for continued settlement discussions. *See* Dkt. 25 at 1. In so ordering, the Court required the parties to "notify the Court by joint letter" if they "c[a]me to a resolution on or before" August 28, 2026. *Id.* If settlement discussions proved unsuccessful by that date, the parties were to "submit a proposed briefing schedule and IPTC dates by August 29, 2026." *Id.* The Court has not received a joint letter or a proposed briefing schedule.

The Court shall extend the stay through **September 4, 2026**, the date by which the parties are ordered to submit a joint status letter to the Court. The letter shall describe the state of the parties' settlement discussions, and, if the parties have not yet resolved this matter, set forth (1) a proposed briefing schedule for Defendant's motion to dismiss and (2) the parties' availability for an initial pretrial conference. Failure to progress this case as directed by the Court could result in dismissal for failure to prosecute.

Dated: August 31, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge