**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASHLEY MCMAHON, CATHERINE JANIK, ELLIOTT LAMMER, ANDREW DAFNOS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>OUTLIERS, INC. d/b/a THESIS NOOTROPICS,<br><br>*Defendant.* | Case No. 1:25-cv-10790-JLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs McMahon, Janik, Lammer, and Dafnos hereby dismiss their claims pursuant to Fed. R. Civ. P. 41(a)(1)(A) with prejudice against Defendant Outliers Inc. d/b/a Thesis Nootropics.

DATED: Aug. 31, 2026

Respectfully submitted,

By: *\/s/ Blake Hunter Yagman*
Blake Hunter Yagman
**YAGMAN PLLC**
Forest Hills Tower
118-35 Queens. Boulevard, Suite 440
Forest Hills, New York
Tel.: (929) 709-1493
*blake.yagman@yagmanpllc.com*

Mason A. Barney*
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel.: (212) 532-1091
*mbarney@sirillp.com*

*tbean@sirillp.com*

*Counsel for Plaintiffs McMahon, Janik, Lammer, Dafnos and the Proposed Class*

*PHV Forthcoming